UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Myriam Parada,<br><br>           Plaintiff,<br><br>v.<br><br>Anoka County; Anoka County Sheriff James Stuart; Coon Rapids Police Officer Nicolas Oman; City of Coon Rapids; unknown/unnamed defendants John Doe & Jane Doe; *et al*<br><br>           Defendants. | Civil Action No.: 18-CV-00795 (JRT/TNL)<br><br><br>**JOINT STIPULATION OF DISMISSAL<br>AS TO SHERIFF JAMES STUART<br>WITH PREJUDICE** |

     The undersigned attorneys hereby advise the Court that pursuant to Fed. R.Civ.P. 41(a)(2) of the  Federal Rules of Civil Procedure, the parties will dismiss claims V, VIII, and IX solely against Defendant Sheriff James Stuart in his individual capacity. They are dismissed with prejudice and without further cost to either party with such dismissal intended to have no effect on any remaining claims against other defendants or Sheriff Stuart in his official capacity.

     Parties stipulate that the claims for Equal Protection violations (Claim V), State Constitutional Violations (Claim VI & VII), False Imprisonment (Claim VIII), Declaratory and Injunctive Relief (Claim X and XI) are not dismissed against Anoka County and/or Sheriff Stuart in his official capacity.

37507144.14824-3654-8765.3

Dated: December 10, 2020    **KUTAK ROCK LLP**

By: s/Amanda Cefalu
   Amanda Cefalu (#0309436)
   Kutak Rock LLP
   60 South Sixth Street, Suite 3400
   Minneapolis, MN 55402-4513
   Telephone: 612-334-5000
   Email: Amanda.Cefalu@kutakrock.com


**SAUL EWING ARNSTEIN & LEHR LLP**

   Alain Baudry (#186685)
   33 South Sixth Street, Suite 4750
   Minneapolis, MN 55402
   Telephone: (612) 225-2800
   Email:   alain.baudry@saul.com


**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
   Ian Bratlie (#0319454)
   ACLU of Minnesota
   709 S. Front Street, Suite 1B
   Mankato, MN 56001
   Telephone: (507) 995-6575
   Email: ibratlie@aclu-mn.org

   Teresa Nelson (#269736)
   P.O. Box 14720
   Minneapolis, MN 55414
   Telephone: (651) 529-1692


**ATTORNEYS FOR PLAINTIFF**


Dated: December 10, 2020    ANOKA COUNTY

   By: /s Andrew Jackola
   Andrew Jackola
   Anoka County Attorney's Office

2

2100 Third Avenue, Ste. 720
Anoka, MN  55303
Email:  Andrew.jackola@co.anoka.mn.us

**ATTORNEY FOR DEFENDANTS**