# UNITED STATES DISTRICT COURT
## District of Minnesota

Myriam Parada,

                     Plaintiff,

v.

Anoka County, et al.

                     Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  18-795 (JRT/TNL)

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. On Plaintiff's claim for actual damages as a result of the Court's earlier finding that Plaintiff's constitutional rights were violated by Anoka County Jail contacting Immigration and Customs Enforcement ("ICE") on July 25, 2017 to report that Plaintiff was in custody at the jail, the jury finds in favor of Defendants.
2. The jury awards Plaintiff $1.00 as nominal damages for Anoka County's violation of Plaintiff's constitutional rights.
3. On Plaintiff's claim that Anoka County caused her to be falsely imprisoned on July 25 and/or July 26, 2017, the jury finds in favor of Plaintiff.
4. On Plaintiff's claim that she suffered actual damages as the result of being falsely imprisoned on July 25 and/or July 26, 2017, the jury finds in favor of Plaintiff.
5. The jury awards Plaintiff $30,000.00 as compensatory damages for being falsely imprisoned on July 25 and/or July 26, 2017.
6. The jury finds that the amount of damages awarded in response to Question No. 2 and the amount of damages awarded in response to Question No. 5 are separate and distinct monetary damages such that both amounts should be added together to reflect our determination about the total sum the plaintiff should recover in this action, which is $30,001.

Date: February 2, 2021

KATE M. FOGARTY, CLERK

s/Heather Arent

(By)     Heather Arent, Deputy Clerk