UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Myriam Parada,<br><br>    Plaintiff,<br><br>v.<br><br>Anoka County; Anoka County Sheriff James Stuart; Coon Rapids Police Officer Nikolas Oman; City of Coon Rapids; unknown/unnamed defendants John Doe & Jane Doe; All individuals being sued in their individual and official capacity.<br><br>    Defendants. | Civil Action No: 18-cv-795 (JRT/TNL)<br><br>**DECLARATION OF AMANDA R. CEFALU** |

I, Amanda R. Cefalu, declare the following:

1. I am an attorney with the firm of Kutak Rock LLP and am one of the attorneys representing Plaintiff Myriam Parada in this action. I submit this declaration with an itemization of certain requested taxable costs listed on the Bill of Costs filed with the District Court Clerk on March 4, 2021 in this action.

2. Plaintiff seeks taxation of costs for the filing fee incurred when commencing this action of $400.00. *See* (ECF No. 1.)

3. Plaintiff seeks taxation of costs for service of the summons and subpoenas served upon the Department of Homeland Security for $100.00. Attached as Exhibit 1 is a true and correct copies of invoices for this service fee.

4. Plaintiff seeks taxation of costs for service of the summons and subpoenas served upon Anoka County and Anoka County Sheriff James Stuart for $150.00. Attached as

4829-5734-9087.2

Exhibit 2 is a true and correct copy of invoices for these service fees.

5. Plaintiff seeks taxation of costs for printed or electronically recorded transcripts necessarily obtained for use in the case. An itemization of each transcript for which Plaintiff requests taxation of costs is below:

| **Transcript** | **Date** | **Cost** |
| --- | --- | --- |
| Service of Summons and Subpoenas served upon Department of Homeland Security (Exhibit 1) | Billed 5/4/19 | $100 |
| Service of Summons and Complaint – James Stuart (Exhibit 2) | Billed 4/5/18 | $75.00 |
| Service of Summons and Complaint – Anoka County (Exhibit 2) | Billed 4/5/18 | $75.00 |
| Deposition of Rebecca Johnson (trial witness) (Exhibit 3) | Taken: 7/24/19 billed 9/5/19 | $1,096.25 |
| Deposition of Myriam Parada (plaintiff/trial witness) (Exhibit 3) | Taken: 8/22/19 billed 9/12/19 | $619.60 |
| Deposition of Dustin Lemke (trial witness) (Exhibit 3) | Taken 8/22/19 billed 10/15/19 | $562.75 |
| Deposition of Bryan Hermanson (trial witness) (Exhibit 3) | Taken 8/29/19 billed 10/15/19 | $344.25 |
| Deposition of David Pacholl (trial witness) (Exhibit 3) | Taken 6/18/19 billed 6/27/19 | $1,581.25 |
| Deposition of Gabriel Flores (potential trial witness) (Exhibit 4) | Taken 8/22/19 billed 9/12/19 | $180.15 |
| Deposition of Sheila Larson (potential trial witness) (Exhibit 4) | Taken 7/24/19 billed 8/27/19 | $546.00 |
| Deposition of Officer Oman (potential trial witness) (Exhibit 4) | Taken 8/23/19 billed 8/31/19 | $612.65 |
| Trial Transcript (Exhibit 5) | Taken 1/25/21 -1/28/21 | $3,545.35 |
| **Total** | | **$9,338.25** |

6.      The costs of obtaining the deposition transcripts for the depositions of Rebecca Johnson, Myriam Parada, Dustin Lemke, Bryan Hermanson, and David Pacholl were necessary and taxable because they each testified at trial. These costs total $4,014.10. The invoices paid for these depositions are attached hereto as Exhibit 3.

7.      The costs of obtaining deposition transcripts for the depositions of Gabriel Flores, Sheila Larson and Officer Oman were necessary for the following reasons: (i) Gabriel Flores was subpoenaed by Defendants to attend the trial; (ii) Sheila Larson was listed as a potential witness on each party's Witness List for trial and her deposition was used by Plaintiff when obtaining partial summary judgment on Count V of the Third Amended Complaint; and (iii) Officer Oman was the officer who arrested Plaintiff, he was listed as a potential witness, he was listed on each party's Rule 26(a) Disclosures, and his deposition was utilized when presenting Plaintiff's motion for partial summary judgment on Count V of the Third Amended Complaint (upon which she was successful). These costs total $1,338.80. The invoices paid for these deposition transcripts are attached hereto as Exhibit 4.

8.      Plaintiff also requests taxation of the cost of the trial transcript incurred in this action, or $3,545.35. The trial transcript is and will be necessary for use in this case and for any pending appeal. The transcript was used to make a Rule 59(e) motion to amend the Judgment entered to add a permanent injunction, filed on March 2, 2021. *See* (ECF Nos. 282-285.) Defendants have already filed appeals on this matter, and also Defendants filed a Motion for Judgment as a Matter of law. *See* (ECF No. 271). The motion is based upon testimony at trial, and Plaintiff requested the transcript for the purpose of responding to that motion and any pending or upcoming appeal. Attached hereto as Exhibit 5 is a true and correct copy of the invoice for the trial transcript.

4829-5734-9087.2

9. This declaration is submitted in support of Plaintiff's Bill of Costs, filed on March 4, 2021.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 4, 2021.   _____*s/ Amanda R. Cefalu*_____
                                            Amanda R. Cefalu