# **EXHIBIT 1**

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009          Phone 202 667-0050  --  FAX 202 667-2520

tfelter@capitolprocess.com

**Due By: 06/13/2019**
Invoice Date: 5/14/2019
Invoice #: 1561981
Job#: 1561981
Client File#: 44815-1

Alain Baudry, Esquire
Kutak Rock LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402

**TOTAL INVOICE AMOUNT DUE**

$100.00

- - - - - -                                                                                                           - - - - - -

**Job #:** 1561981    **Client Matter #:** 44815-1
**Plaintiff:** Myriam Parada
**Defendant:** Anoka County, et al.
**Case No.** 18-cv-00795 (JRT/TNL)

**Recipient:**
The Department of Homeland Security, Immigration and Customs Enforcement, Office
2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20032

**Date Received:** 5/14/2019
**Completed:** 5/14/2019

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service of Process - RUSH | 1 | $100.00 | $100.00 |
| | | **Job Total Due =** | $100.00 |

**TOTAL INVOICE AMOUNT DUE:**                                                                               $100.00



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN: 52-2283731

# **EXHIBIT 2**



**Metro Legal**
legal support specialists since 1969

330 2nd Ave S, Suite 150
Minneapolis MN 55401

Phone: 612/332-0202   Fax: 612/332-5215
www.metrolegal.com   Corp Fed Tax ID 41-1254535

**PAID 06/27/2018**

Invoice **3082749**
Invoice Date: 4/5/2018

Service of Process
Court Filings
Public Records Searches
Real Property Recordings
Courier Service
Nationally Arranged Services
Skip Tracing

**Send To:**
Ian Bratlie
American Civil Liberties - Mnkto
Union of Minnesota
709 S. Front St., Suite 709
Mankato, MN 56001-

Customer Original

| Cust ID | Order Number | Type | Billing Reference | Terms | Order Date |
|---|---|---|---|---|---|
| AMECI2 | 2241356 | | 44815.1 | Net 30 | 3/26/2018 |

| Item | Description | Amount |
|---|---|---|
| LP4D | Legal Process Service - 48 Hr Rate<br>Anoka County<br>03/27 C Anoka [1-1] | 75.00 |
| LP4D | Legal Process Service - 48 Hr Rate<br>Anoka County Sheriff James Stuart<br>03/28 C Andover [2-1] | 75.00 |
| AT1 | 1 Unsuccessful Attempt<br>Anoka County Sheriff James Stuart<br>03/28 C Andover [2-2] | 0.00 |
| AT2 | 2 Unsuccessful Attempts<br>Police Officer Nicolas Oman Coon Rapids<br>03/30 A St. Louis Park [3-2] | 0.00 |
| LPXB | Legal Process Service-Bad Address<br>Police Officer Nicolas Oman Coon Rapids<br>04/02 B St. Louis Park [3-4] | 0.00 |

Includes any applicable fuel surcharge. Please give us your feedback on our performance at www.metrolegal.com/pages/commentsandsuggestions. There will be no charge if we are unable to complete your request due to circumstances within our control. We will do everything reasonably possible to effectively complete your request to your stated specifications and deadline and/or keep you informed of any delays or problems which occur. Under no circumstances can we be held responsible for consequential or incidental damages.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT.

Customer Original

Ian Bratlie
American Civil Liberties - Mnkto
Union of Minnesota
709 S. Front St., Suite 709
Mankato, MN 56001-

Invoice **3082749**
Invoice Date   4/5/2018

Billing Ref   44815.1

**Metro Legal Services, Inc.**
330 2nd Ave S, Suite 150
Minneapolis MN 55401

| **Balance Due** | |
|---|---|

Terms:  Net 30

Page 1



# Metro Legal
### legal support specialists since 1969

Invoice **3082749**
Invoice Date: 4/5/2018

330 2nd Ave S, Suite 150
Minneapolis MN 55401

Phone: 612/332-0202   Fax: 612/332-5215
www.metrolegal.com   Corp Fed Tax ID 41-1254535

**PAID 06/27/2018**

Service of Process
Court Filings
Public Records Searches
Real Property Recordings
Courier Service
Nationally Arranged Services
Skip Tracing

**Send To:**
Ian Bratlie
American Civil Liberties - Mnkto
Union of Minnesota
709 S. Front St., Suite 709
Mankato, MN 56001-

Customer Original

| Cust ID  Order Number Type | Billing Reference | Terms | Order Date |
|---|---|---|---|
| AMECI2  2241356 | 44815.1 | Net 30 | 3/26/2018 |

| Item | Description | Amount |
|---|---|---|
| LP4C | Legal Process Service - 48 Hr Rate<br>Coon Rapids Police Department<br>03/27 C Coon Rapids [4-1] | 65.00 |
| STZZ | Database Access Fees<br>James Stuart Anoka County Sheriff<br>03/27 C [5-2] | 0.00 |
| STBZ | Investigative Services<br>James Stuart Anoka County Sheriff<br>03/27 C [5-1] | 0.00 |
| STBZ | Investigative Services<br>Police Officer Nicolas Oman Coon Rapids<br>03/27 C [6-1] | 50.00 |
| STZZ | Database Access Fees<br>Police Officer Nicolas Oman Coon Rapids<br>03/27 C [6-2] | 15.00 |

Includes any applicable fuel surcharge.  Please give us your feedback on our performance at www.metrolegal.com/pages/commentsandsuggestions.  There will be no charge if we are unable to complete your request due to circumstances within our control.  We will do everything reasonably possible to effectively complete your request to your stated specifications and deadline and/or keep you informed of any delays or problems which occur.  Under no circumstances can we be held responsible for consequential or incidental damages.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

-----------------------------------------------------------------
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT.

Customer Original

Ian Bratlie
American Civil Liberties - Mnkto
Union of Minnesota
709 S. Front St., Suite 709
Mankato, MN 56001-

Invoice **3082749**
Invoice Date  4/5/2018

Billing Ref   44815.1

Metro Legal Services, Inc.
330 2nd Ave S, Suite 150
Minneapolis MN 55401

**Balance Due**

Terms:  Net 30

**METRO LEGAL**
legal support specialists since 1969

Invoice **3082749**
Invoice Date: 4/5/2018

330 2nd Ave S, Suite 150
Minneapolis MN 55401

Phone: 612/332-0202   Fax: 612/332-5215
www.metrolegal.com   Corp Fed Tax ID 41-125453

PAID 06/27/2018

Service of Process
Court Filings
Public Records Searches
Real Property Recordings
Courier Service
Nationally Arranged Services
Skip Tracing

**Send To:**
Ian Bratlie
American Civil Liberties - Mnkto
Union of Minnesota
709 S. Front St., Suite 709
Mankato, MN 56001-

Customer Original

| Cust ID  Order Number Type | Billing Reference | Terms | Order Date |
|---|---|---|---|
| AMECI2  2241356 | 44815.1 | Net 30 | 3/26/2018 |

| Item | Description | Amount |
|---|---|---|
|  | Customer Service: Rick Sinner (612) 349-9549 rsinner@metrolegal.com |  |

Includes any applicable fuel surcharge.  Please give us your feedback on our performance at www.metrolegal.com/pages/commentsandsuggestions.  There will be no charge if we are unable to complete your request due to circumstances within our control.  We will do everything reasonably possible to effectively complete your request to your stated specifications and deadline and/or keep you informed of any delays or problems which occur.  Under no circumstances can we be held responsible for consequential or incidental damages.

| Total | $280.00 |
|---|---|
| Payments/Credits | -$280.00 |
| Balance Due | $0.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT.

Customer Original

Ian Bratlie
American Civil Liberties - Mnkto
Union of Minnesota
709 S. Front St., Suite 709
Mankato, MN 56001-

Invoice      **3082749**
Invoice Date   4/5/2018

Billing Ref      44815.1

**Metro Legal Services, Inc.**
330 2nd Ave S, Suite 150
Minneapolis MN 55401

| **Balance Due** | **$0.00** |
|---|---|

Terms:  Net 30

Page 3

# **EXHIBIT 3**

## JANET SHADDIX & ASSOCIATES, Court Reporters

*7400 Lyndale Avenue South, Suite 190*
*Richfield, MN  55423*

*Office(952)888-7687   Fax(952)888-2711*
*Federal Tax I.D. #41-1544361*

Amanda R. Cefalu, Esq.
Kutak Rock, LLP
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402

September  5, 2019

**Invoice#** 00061281

**Balance:**  $1,096.25

**Re:** Myriam Parada vs. Anoka County; et al.
Deposition of Rebecca Johnson
*on* 07/24/19  *Billed* 08/27/19
*by* Shaddix & Associates

## *Invoicing Information*

Charge Description
Deposition of Rebecca Johnson
File # 18-CV-795 (JRT/TNL)
Original Retained for Read and Sign
Copy sent via E-Mail



DC 44815-1

1.50% per month on unpaid balance

**P l e a s e    R e m i t    - - - >   Total Due:   $1,096.25**

*Federal Tax I.D. #41-1544361*
*Please Reference Invoice Number with Payment*

## JANET SHADDIX & ASSOCIATES, Court Reporters

*7400 Lyndale Avenue South, Suite 190*
*Richfield, MN  55423*

*Office(952)888-7687   Fax(952)888-2711*
*Federal Tax I.D. #41-1544361*

| | |
|---|---|
| Amanda R. Cefalu, Esq.<br>Kutak Rock, LLP<br>60 South Sixth Street<br>Suite 3400<br>Minneapolis, MN 55402 | September 12, 2019<br><br>**Invoice#** 00061360<br><br>**Balance:**     $619.60 |

**Re:** Myriam Parada vs. Anoka County, et al
   Deposition of Myriam Schewe-Valdivia FKA Parada Valdivia
   *on* 08/22/19  *Billed* 09/12/19
   *by* Colleen Sichko

## *Invoicing Information*

<u>Charge Description</u>
Deposition of Myriam Schewe-Valdivia
 FKA Parada Valdivia
File # 18-CV-0075(JRT/TNL)

Copy sent via E-Mail



1.50% per month on unpaid balance

              **P l e a s e    R e m i t**   - - - >   Total Due:    $619.60

*Federal Tax I.D. #41-1544361*
*Please Reference Invoice Number with Payment*

## JANET SHADDIX & ASSOCIATES, Court Reporters

*7400 Lyndale Avenue South, Suite 190*
*Richfield, MN  55423*

*Office(952)888-7687   Fax(952)888-2711*
*Federal Tax I.D. #41-1544361*

Amanda R. Cefalu, Esq.
Kutak Rock, LLP
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402

October 15, 2019

**Invoice#** 00061399

**Balance:**     $562.75

**Re:** Myriam Parada vs. Anoka County, et al
   Deposition of Dustin Lemke
   *on* 08/29/19   *Billed* 10/15/19
   *by* Lisa Hutton

## *Invoicing Information*

<u>Charge Description</u>
Deposition of Dustin Lemke
File # 18-CV-795 (JRT/TNL)
Original Retained for Read and Sign
Copy sent via E-Mail



1.50% per month on unpaid balance

                **P l e a s e    R e m i t    - - - >   Total Due:     $562.75**

*Federal Tax I.D. #41-1544361*
*Please Reference Invoice Number with Payment*

**JANET SHADDIX & ASSOCIATES, Court Reporters**

*7400 Lyndale Avenue South, Suite 190*
*Richfield, MN  55423*

*Office(952)888-7687   Fax(952)888-2711*
*Federal Tax I.D. #41-1544361*

Amanda R. Cefalu, Esq.
Kutak Rock, LLP
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402

October 15, 2019

**Invoice#** 00061402

**Balance:**    $344.25

**Re:** Myriam Parada vs. Anoka County, et al
Deposition of Bryan Hermanson
*on* 08/29/19   *Billed* 10/15/19
*by* Lisa Hutton

## *Invoicing Information*

<u>Charge Description</u>
Deposition of Bryan Hermanson
File # 18-CV-795 (JRT/TNL)
Original Retained for Read and Sign
Copy sent via E-Mail



BY: DC 44815-1

1.50% per month on unpaid balance

        **P l e a s e   R e m i t   - - - >   Total Due:    $344.25**

*Federal Tax I.D. #41-1544361*
*Please Reference Invoice Number with Payment*

## JANET SHADDIX & ASSOCIATES, Court Reporters

*7400 Lyndale Avenue South, Suite 190*
*Richfield, MN   55423*

*Office(952)888-7687   Fax(952)888-2711*
*Federal Tax I.D. #41-1544361*

Amanda R. Cefalu, Esq.　　　　　　　　　　　　June 27, 2019
Kutak Rock, LLP
60 South Sixth Street　　　　　　　　　　　　**Invoice#** 00061125
Suite 3400
Minneapolis, MN 55402　　　　　　　　　　　**Balance:** $1,581.25

**Re:** Myriam Parada vs. Anoka County, et al
　　　Deposition of David Pacholl
　　　on 06/18/19   Billed 06/27/19
　　　by Lisa Hutton


RECEIVED JUL - 1 2019 BY: CA 44816-1

## *Invoicing Information*

Charge Description
Deposition of David Pacholl
File # 18-CV-795 (JRT/TNL)
Original Retained for Read and Sign
Copy sent via E-Mail

1.50% per month on unpaid balance

　　　　　　　　P l e a s e   R e m i t   - - - >   **Total Due:** $1,581.25

*Federal Tax I.D. #41-1544361*
*Please Reference Invoice Number with Payment*

# **EXHIBIT 4**

## JANET SHADDIX & ASSOCIATES, Court Reporters

*7400 Lyndale Avenue South, Suite 190*
*Richfield, MN   55423*

*Office(952)888-7687   Fax(952)888-2711*
*Federal Tax I.D. #41-1544361*

Amanda R. Cefalu, Esq.
Kutak Rock, LLP
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402

September 12, 2019

**Invoice#** 00061363

**Balance:**     $180.15

**Re:** Myriam Parada vs. Anoka County, et al
Deposition of Gabriel Flores
*on* 08/22/19   *Billed* 09/12/19
*by* Colleen Sichko



RECEIVED
SEP 16 2019
BY: DC 4481S-1

## *Invoicing Information*

Charge Description
Deposition of Gabriel Flores
File # 18-CV-00795 (JRT/TNL)

Copy sent via US Mail & E-Mail

1.50% per month on unpaid balance

P l e a s e   R e m i t   - - - >   Total Due:     $180.15

*Federal Tax I.D. #41-1544361*
*Please Reference Invoice Number with Payment*

## JANET SHADDIX & ASSOCIATES, Court Reporters

*7400 Lyndale Avenue South, Suite 190*
*Richfield, MN   55423*

*Office(952)888-7687   Fax(952)888-2711*
*Federal Tax I.D. #41-1544361*


Amanda R. Cefalu, Esq.
Kutak Rock, LLP
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402

September  5, 2019

**Invoice#** 00061284

**Balance:**     $546.00

**Re:** Myriam Parada vs. Anoka County; et al.
Deposition of Sheila Larson
on 07/24/19   Billed 08/27/19
by Shaddix & Associates

## *Invoicing Information*

Charge Description
Deposition of Sheila Larson
File # 18-CV-795 (JRT/TNL)
Original Retained for Read and Sign
Copy sent via E-Mail



RECEIVED
SEP 16 2019
BY: DC 44815-1

1.50% per month on unpaid balance

**P l e a s e    R e m i t    - - - >    Total Due:    $546.00**

*Federal Tax I.D. #41-1544361*
*Please Reference Invoice Number with Payment*

# I N V O I C E



Depo International
1330 Jersey Avenue South
Minneapolis, MN 55426
Phone: 763.591.0535  Fax: 763.591.0538

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48452 | 8/31/2019 | 43505 |
| Job Date | Case No. | |
| 8/23/2019 | 18-CV-00795 | |
| Case Name | | |
| Myriam Parada vs. Anoka County, et al. | | |
| Payment Terms | | |
| Due upon receipt (1.5%/mo & collection) | | |

Amanda Cefalu
Kutak Rock, LLP
Suite 3400
60 South Sixth Street
Minneapolis, MN 55402

---

ORIGINAL & ONE ELECTRONIC CERTIFIED TRANSCRIPT
   Nicolas Oman     612.65

**TOTAL DUE   >>>**     **$612.65**

Location of Job   : League of Minnesota Cities
    145 University Ave. West
    Blue Mound Conference Room
    Saint Paul, MN 55103

If you have any questions, you may contact our billing department:
1-800-591-9722

Thank you for your business!

**Tax ID:** 47-0942452

*Please detach bottom portion and return with payment.*

Amanda Cefalu
Kutak Rock, LLP
Suite 3400
60 South Sixth Street
Minneapolis, MN 55402

Invoice No.   : 48452
Invoice Date  : 8/31/2019
**Total Due**  : **$612.65**

Remit To: **Depo International**
    **1330 Jersey Avenue South**
    **Minneapolis, MN 55426**

Job No.    : 43505
BU ID      : 1-DI MN
Case No.   : 18-CV-00795
Case Name  : Myriam Parada vs. Anoka County, et al.

# **<u>EXHIBIT 5</u>**

| AO 44<br>(Rev. 3/18) | **UNITED STATES DISTRICT COURT**<br>For the District of Minnesota | |
|---|---|---|
| | **INVOICE** | **NUMBER**<br>1717 |
| **TO:**<br>Amanda Cefalu, Esq.<br>Kutak Rock<br>60 South Sixth Street<br>Minneapolis, MN 55402 | | **MAKE CHECK PAYABLE TO:**<br>Kristine Mousseau<br>300 South Fourth Street, Box 1005<br>Minneapolis, MN 55415 |
| **PHONE** | | **PHONE:** (612) 664-5106 |

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED<br>February 17, 2021 | DATE DELIVERED<br>February 24, 2021 |
|---|---|---|

**Parada vs. Anoka County, et al.    18CV795**

## CHARGES

| Category | ORIGINAL | | | 1st COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pages | Price | Sub Total | Pages | Price | Sub Total | Pages | Price | Sub Total | |
| Ordinary | | $3.65 | $0.00 | | $0.90 | $0.00 | | $0.60 | $0.00 | $     - |
| 14-Day | | $4.25 | $0.00 | | $0.90 | $0.00 | | $0.60 | $0.00 | $     - |
| 7-Day | 731 | $4.85 | $3,545.35 | | $0.90 | $0.00 | | $0.60 | $0.00 | $ 3,545.35 |
| 3-Day | | $5.45 | $0.00 | | $1.05 | $0.00 | | $0.75 | $0.00 | $     - |
| Daily | | $6.05 | $0.00 | | $1.20 | $0.00 | | $0.90 | $0.00 | $     - |
| Hourly | | $7.25 | $0.00 | | $1.20 | $0.00 | | $0.90 | $0.00 | $     - |
| Realtime | | $3.05 | $0.00 | | | $0.00 | | | $0.00 | $     - |

| For proceedings on: | 1/22/21 & 1/25/21-1/28/21 | **TOTAL** | |
|---|---|---|---|
| | | | $ 3,545.35 |
| | | Less Discount Rate for Late Delivery | |
| | | Less Amount of Deposit | |
| | | Total Refunded | |
| | | Total Due | $ 3,545.35 |

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for a 7-Day Expedited transcript is not completed and delivered within seven calendar days, payment would be at the 14-Day delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF JUDICIAL COURT REPORTER | DATE |
|---|---|
| | February 24, 2021 |

(All previous editions of this form are cancelled and should be destroyed.)