# **EXHIBIT 1**

| Date | Name | Bs Hrs | Base Amt | Narrative |
|---|---|---|---|---|
| 4/17/2018 | Cefalu, Amanda R. | 0.20 | $65.00 | Review Answer filed by Anoka County. |
| 8/23/2018 | Cefalu, Amanda R. | 1.00 | $325.00 | Draft Interrogatories and Requests for Production of Documents to Anoka County Defendants. |
| 9/6/2018 | Cefalu, Amanda R. | 0.50 | $162.50 | Review and finalize interrogatories and Requests for Productions of Documents to Anoka County; draft correspondence serving same. |
| 12/21/2018 | Baudry, Alain M. | 0.40 | $220.00 | Attention to production by Dakota County and e-discovery issues |
| 2/19/2019 | Cefalu, Amanda R. | 1.00 | $325.00 | Review documents produced in discovery by Anoka County; telephone conference with Attorney Bratlie (ACLU). |
| 3/15/2019 | Cefalu, Amanda R. | 2.00 | $650.00 | Draft, review and revise discovery deficiency letter to Anoka County Defendants. |
| 3/15/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Draft, review and revise Second Set of Requests for Production of Documents to Anoka County. |
| 3/27/2019 | Cefalu, Amanda R. | 1.40 | $455.00 | Attend discovery meet and confer with Attorney Jackola, N. Boone and Terri Nelson (ACLU). |
| 3/13/2019 | Cefalu, Amanda R. | 2.00 | $650.00 | Review responses to Interrogatories and Requests for Production of Documents served Anoka County; review and revise discovery deficiency letter. |
| 3/28/2019 | Boone, Nathan T. | 1.30 | $253.50 | Summarize Meet and Confer meeting of March 27, 2018; prepare list of tasks and expect discovery supplementation. |
| 3/27/2019 | Boone, Nathan T. | 1.60 | $312.00 | Participate in phone conference with Ms. Cefalu, Ms. Nelson, and Mr. Jackola; prepare summary of meet and confer and document next steps for discovery |
| 3/15/2019 | Boone, Nathan T. | 1.40 | $273.00 | Review letter to opposing counsel by Ms. Cefalu; assess discovery compliance |
| 4/1/2019 | Boone, Nathan T. | 0.60 | $117.00 | Conference call with Mr. Jackola and Ms. Cefalu, following up on issues noted during the prior week's Meet and Confer; review notes |
| 4/11/2019 | Cefalu, Amanda R. | 2.50 | $812.50 | Draft, review and revise Answers to Anoka County Interrogatories. |
| 4/12/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Review and revise Answers to County's Interrogatories and circulate to co-counsel for review. |
| 4/1/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Attend meet and confer with Anoka County Attorney A. Jackola regarding outstanding discovery issues; exchange internal strategy plan with co-counsel. |
| 4/26/2019 | Cefalu, Amanda R. | 1.50 | $487.50 | Review outline of Anoka County discovery supplementation; draft Uncontested Motion to Extend Deadline in Scheduling Order and Proposed Order. |
| 4/15/2019 | Cefalu, Amanda R. | 1.50 | $487.50 | Draft, review and revise and finalize responses to Anoka County's Interrogatories. |
| 4/23/2019 | Boone, Nathan T. | 0.90 | $175.50 | Review discovery production of Anoka County |
| 4/25/2019 | Boone, Nathan T. | 3.40 | $663.00 | Review supplemental production by Anoka County; advise supervising attorneys on production relative to demands made by Plaintiff |
| 5/15/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Review draft Answers to Second Set of Interrogatories. |
| 5/29/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Review, revise and finalize Answers to Anoka County Interrogatories (Set II). |
| 5/23/2019 | Cefalu, Amanda R. | 1.00 | $325.00 | Review and revise Rule 30(b)(6) Notice of Deposition to Anoka County. |
| 5/23/2019 | Cefalu, Amanda R. | 1.50 | $487.50 | Review documents produced by Anoka County Sheriff and Anoka County in discovery in anticipation of Rule 30(b)(6) deposition. |
| 5/22/2019 | Cefalu, Amanda R. | 0.30 | $97.50 | Telephone conference with Attorney Bratlie regarding responding to interrogatories and scheduling Rule 30(b)(6) deposition of Anoka County. |
| 5/22/2019 | Cefalu, Amanda R. | 1.50 | $487.50 | Draft, review and revise Rule 30(b)(6) Notice of Deposition of Anoka County; review discovery served by Anoka County in response to Plaintiffs' requests and supplementation. |
| 6/19/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Circulate notes to Team regarding Anoka County deposition. |
| 6/5/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Telephone conference with Attorney Jackola regarding Rule 30(b)(6) regarding designated representatives. Update team. |
| 6/14/2019 | Cefalu, Amanda R. | 1.50 | $487.50 | Review additional documents produced by Anoka County; draft outline regarding ICE Reports. |
| 6/14/2019 | Cefalu, Amanda R. | 2.00 | $650.00 | Prepare for Rule 30(b)(6) Deposition of Anoka County with Attorney I. Bratlie (ACLU). |
| 6/6/2019 | Cefalu, Amanda R. | 1.00 | $325.00 | Review discovery produced by Anoka County and interrogatories. |
| 6/18/2019 | Cefalu, Amanda R. | 7.00 | $2,275.00 | Attend deposition of Anoka County Rule 30(b)(6) designated representative D. Pacholl. |
| 6/7/2019 | Cefalu, Amanda R. | 3.50 | $1,137.50 | Attend meeting to prepare for Rule 30(b)(6) of Anoka County with Attorney Bratlie. |
| 7/16/2019 | Boone, Nathan T. | 0.60 | $117.00 | Review deficiency letter to Anoka County: prepare script for phone calls to potential witnesses; review Third Set of Requests for Production of Documents to Anoka County |
| 7/17/2019 | Cefalu, Amanda R. | 1.00 | $325.00 | Finalize deficiency letter to Anoka County and Third Set of Requests for Production |
| 7/16/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Draft, review and revise Third Set of Requests for Production to Anoka County Defendants |
| 7/16/2019 | Cefalu, Amanda R. | 0.70 | $227.50 | Review and revise Anoka County deficiency letter and add issue of Rule 30(b)(6) deposition designation on Topic 27 |
| 7/24/2019 | Cefalu, Amanda R. | 2.00 | $650.00 | Attend deposition of Lieutenant Sheila Larson |
| 7/24/2019 | Cefalu, Amanda R. | 4.00 | $1,300.00 | Attend deposition of Rebecca Johnson |
| 7/23/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Exchange correspondence regarding noticing up remaining depositions |
| 7/22/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Draft Second Amended Notice Rule 30(b)(6) of Deposition and correspondence serving same upon Anoka County |
| 7/31/2019 | Cefalu, Amanda R. | 4.50 | $1,462.50 | Draft, review and revise Requests for Admission, RFPDS, and Interrogatories to Anoka County and J. Stuart |
| 7/31/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Telephone conferences with Attorney Ferguson (witness) and Attorney Bratlie |
| 8/6/2019 | Cefalu, Amanda R. | 0.20 | $65.00 | Email A. Jackola regarding discovery deficiency letter and responding to same |
| 8/7/2019 | Cefalu, Amanda R. | 1.00 | $325.00 | Review and revise letter to Anoka County regarding Rule 30(b)(6) deposition testimony required |
| 8/1/2019 | Cefalu, Amanda R. | 1.00 | $325.00 | Review documents produced by ICE/Department of Homeland Security |
| 8/12/2019 | Cefalu, Amanda R. | 1.50 | $487.50 | Telephone conferences with I. Bratlie and T. Nelson regarding status; review discovery deficiency letters for Anoka County; Telephone conference to meet and confer with Mr. Jackola |
| 8/29/2019 | Cefalu, Amanda R. | 1.50 | $487.50 | Prepare and organize deposition for B. Hermanson and D. Lemke |
| 8/22/2019 | Cefalu, Amanda R. | 1.00 | $325.00 | Review supplemental production relating to documents for immigration costs; telephone conferences with A. Baudry and I. Bratlie regarding discovery and deposition of M. Parada |
| 8/28/2019 | Cefalu, Amanda R. | 2.50 | $812.50 | Prepare for deposition of Deputy Dustin Lemke (Anoka County) |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 8/28/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Review Anoka County production of Answers to Third Set of Requests for Production and correspondence documents produced in case |
| 8/28/2019 | Cefalu, Amanda R. | 3.00 | $975.00 | Prepare for deposition of B. Hermanson |
| 8/29/2019 | Cefalu, Amanda R. | 4.00 | $1,300.00 | Attend depositions of B. Hermanson and D. Lemke |
| 8/27/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Review information from Ian Bratlie regarding Parada case regarding Anoka County; draft and update Third Rule 30(b)(6) Notice of Deposition of Anoka County |
| 9/10/2019 | Boone, Nathan T. | 0.20 | $39.00 | Review Anoka County's responses to Plaintiff's Request for Admissions and Plaintiff's First Set of Interrogatories to Sheriff James Stuart |
| 9/4/2019 | Gauwitz, Jennifer S. | 0.60 | $105.00 | Review Anoka County's Responses to Plaintiff's Fourth Set of Requests for Production of Documents |
| 11/27/2019 | Cefalu, Amanda R. | 1.50 | $487.50 | Draft Fact Section of Memorandum; review D.Lemke Depostiion. |
| 11/5/2019 | Cefalu, Amanda R. | 2.50 | $812.50 | Review deposition transcripts for all witnesses in case and search for term "foreign-born" and outline argument for Motion for Summary Judgment as to Anoka County. |
| 11/26/2019 | Cefalu, Amanda R. | 5.50 | $1,787.50 | Review transcripts of depositions for David Pacholl, Sheila Larson and Carlos Flores. Draft Fact Section of Memorandum in Support of Motion for Partial Summary Judgment. |
| 11/25/2019 | Cefalu, Amanda R. | 3.00 | $975.00 | Review Transcript of Commander D. Pacholl deposition; draft Fact Section of Motion for Summary Judgment as to Anoka County. |
| 12/16/2019 | Cefalu, Amanda R. | 5.50 | $1,787.50 | Review, revise and finalize Memorandum of Law in Support of Motion for Partial Summary Judgment; draft Affidavit of Amanda Cefalu, Motion for Partial Summary Judgment, Proposed Or |
| 12/11/2019 | Cefalu, Amanda R. | 1.40 | $455.00 | Draft Motion for Partial Summary Judgment; revise Memorandum of Law in Support of Motion |
| 12/12/2019 | Cefalu, Amanda R. | 2.40 | $780.00 | Draft, review and revise Memorandum of Law in Support of Motion for Partial Summary Judgment |
| 12/4/2019 | Cefalu, Amanda R. | 1.00 | $325.00 | Legal research regarding Fourteenth Amendment law in relation to Motion for Partial Summary Judgment against Anoka County |
| 12/3/2019 | Cefalu, Amanda R. | 1.50 | $487.50 | Draft and outline Facts Section of Memorandum in Support of Motion for Partial Summary Judgment; review transcript from deposition of Rebecca Johnson |
| 12/3/2019 | Cefalu, Amanda R. | 5.00 | $1,625.00 | Review, revise and draft Memorandum in Support of Motion for Summary Judgment as to Anoka County Defendants |
| 12/4/2019 | Cefalu, Amanda R. | 2.00 | $650.00 | Draft, review and revise Facts Sectoin of Memorandum in Support of Motoin for Partial Summary Judgment. |
| 12/2/2019 | Cefalu, Amanda R. | 6.50 | $2,112.50 | Draft, review and revise Memorandum in Support of Motion for Summary Judgment as to Anoka County. |
| 12/6/2019 | Cefalu, Amanda R. | 1.00 | $325.00 | Draft, review and revise Affidavit of Aaron Ferguson in SUpport of Motion for Summary Judgment. |
| 12/26/2019 | Cefalu, Amanda R. | 3.00 | $975.00 | Draft, review and revise response to Anoka County Motion for Summary Judgment. |
| 12/16/2019 | Cefalu, Amanda R. | 0.70 | $227.50 | Review and revise Proposed Order for Partial Summary Judgment (Count V) and revise Motion for Partial Summary Judgment as to Count V |
| 12/15/2019 | Cefalu, Amanda R. | 2.50 | $812.50 | Draft Motion for Partial Summary Judgment and revise Memorandum of Law in Support of same |
| 12/14/2019 | Cefalu, Amanda R. | 3.00 | $975.00 | Review, revise and draft Memorandum in Support of Motion for Partial Summary Judgment |
| 12/9/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Review and revise Affidavit of Aaron Ferguson |
| 12/20/2019 | Cefalu, Amanda R. | 0.50 | $162.50 | Review Motion filed by Anoka County and ICE agent testimony and whether disclosed in discovery. |
| 12/5/2019 | Cefalu, Amanda R. | 5.00 | $1,625.00 | Draft, review and revise Memorandum of Law in Support of Motion for Partial Summary Judgment |
| 12/17/2019 | Gauwitz, Jennifer S. | 0.20 | $35.00 | Review file for document index list, send to A. Cefalu |
| 12/16/2019 | Gauwitz, Jennifer S. | 1.00 | $175.00 | Assist with preparing documents for filing of Summary Judgment motion |
| 12/4/2019 | Gauwitz, Jennifer S. | 3.50 | $612.50 | Review brief of Motion for Summary Judgment and organize deposition transcript cites and draft Affidavit of A. Cefalu, send summary for A. Cefalu's review |
| 1/6/2020 | Boone, Nathan T. | 9.50 | $1,947.50 | Motion to Strike |
| 1/20/2020 | Boone, Nathan T. | 3.50 | $717.50 | prepare response; review working copy of reply brief for Plaintiff's Motion |
| 1/21/2020 | Boone, Nathan T. | 2.70 | $553.50 | Plaintiff cited authority to Vienna Accords; copy edit Plaintiff's Reply Memorandum of Law |
| 1/30/2020 | Boone, Nathan T. | 0.60 | $123.00 | Plaintiff co-counsel teleconference regarding strategy and motion hearing |
| 1/17/2020 | Cefalu, Amanda R. | 5.00 | $1,625.00 | Review and revise Reply Memorandum in Support of Motion for Partial Summary Judgment. |
| 1/6/2020 | Cefalu, Amanda R. | 3.50 | $1,137.50 | Review, revise and finalize Memorandums of Law in Opposition to Anoka County |
| 1/21/2020 | Cefalu, Amanda R. | 6.00 | $1,950.00 | Draft, review and revise Reply Memorandum and Supplemental Affidavit of Amanda Cefalu in Support of Partial Motion for Summary Judgment. Review citations in detail and review Anoka |
| 1/7/2020 | Cefalu, Amanda R. | 1.00 | $325.00 | Review filings of Anoka County in response to Parada Motion for Partial Summary Judgment. |
| 1/5/2020 | Cefalu, Amanda R. | 4.50 | $1,462.50 | Draft, review and revise Facts Section and Argument Section for Counts VI-VII of Memorandum in Opposiiton to Motion for Summary Judgment of Anoka County. |
| 1/15/2020 | Cefalu, Amanda R. | 2.00 | $650.00 | Review motions for summary judgment filed by Anoka County/ deposition transcripts and discovery; draft Reply brief. |
| 1/13/2020 | Cefalu, Amanda R. | 1.50 | $487.50 | Review filings of Anoka County in support of Motion for Summary Judgment. |
| 3/11/2020 | Cefalu, Amanda R. | 0.20 | $65.00 | Draft correspondence to Attorney Jackola regarding motion order; respond to same. Call to court to determine time allocation. |
| 3/11/2020 | Cefalu, Amanda R. | 2.00 | $650.00 | Review record on Motion for Summary Judgment as to Anoka County to prepare for oral argument. |
| 3/10/2020 | Cefalu, Amanda R. | 1.00 | $325.00 | Review Motion for Summary Judgment by Anoka County Jail in anticipation of oral argument. Draft outline for same. |
| 3/11/2020 | Cefalu, Amanda R. | 0.20 | $ 65.00 | Draft correspondence to Attorney Jackola regarding motion order; respond to same. Call to court to determine time allocation. |
| 3/11/2020 | Cefalu, Amanda R. | 2.00 | $ 650.00 | Review record on Motion for Summary Judgment as to Anoka County to prepare for oral argument. |
| 3/11/2020 | Cefalu, Amanda R. | 2.00 | $ 650.00 | Attend meeting with co-counsel to prepare for oral argument. |
| 3/13/2020 | Cefalu, Amanda R. | 5.00 | $ 1,625.00 | Review factual record; draft Timeline for Hearing; prepare for hearing on Motions for Summary Judgment. |
| 3/15/2020 | Cefalu, Amanda R. | 3.50 | $ 1,137.50 | Prepare for hearing on Motions for Summary Judgment. |
| 3/16/2020 | Boone, Nathan T. | 3.00 | $ 615.00 | Attend hearing on Motions for Summary Judgment |
| 3/16/2020 | Cefalu, Amanda R. | 2.00 | $ 650.00 | Attend hearing on Motion for Summary Judgment before Judge J. Tunheim. |
| 4/3/2020 | Boone, Nathan T. | 0.50 | $ 102.50 | Review correspondence from E. Bucher (Law clerk to Leung, J.) regarding filing of unredacted exhibits attached to Decl. of Alain Baudry; review file |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 4/7/2020 | Boone, Nathan T. | 4.10 | $840.50 | Review correspondence from co-counsel A. Baudry regarding redacted and unredacted exhibits to his Declaration; prepare exhibits for filing as redacted and public; research filing issue; pre |
| 4/8/2020 | Boone, Nathan T. | 3.20 | $656.00 | Prepare redactions for documents in preparation for public filing pursuant to correspondence with E. Bucher (Law Clerk to Leung, J.); prepare Declaration of Nathan T. Boone in Support of J |
| 4/8/2020 | Gauwitz, Jennifer S. | 3.00 | $525.00 | Confer with N. Boone and review and redact document prior to filing of motion |
| 8/25/2020 | Boone, Nathan T. | 0.90 | $184.50 | Review Memorandum Opinion and Order issued by Court on the parties' motions for summary judgment |
| 8/25/2020 | Cefalu, Amanda R. | 0.50 | $162.50 | Review Order on Motions for Summary Judgment. |
| 9/1/2020 | Boone, Nathan T. | 0.60 | $123.00 | Review trial order and supporting attachments |
| 9/3/2020 | Boone, Nathan T. | 0.50 | $102.50 | Attend Plaintiff's co-counsel teleconference following Court's summary judgment order |
| 9/9/2020 | Cefalu, Amanda R. | 1.00 | $325.00 | Work on fee outline for settlement offer. Work on MS Excel spreadsheets. |
| 9/15/2020 | Cefalu, Amanda R. | 0.50 | $162.50 | Draft summary of costs and attorney's fees for Alain to use in settlement negotiations. |
| 9/21/2020 | Boone, Nathan T. | 0.30 | $61.50 | Review correspondence from co-counsel Baudry to Attorneys A. Jackola (Anoka County) and R. Zipf (City of Coon Rapids) |
| 9/21/2020 | Cefalu, Amanda R. | 0.30 | $97.50 | Review and revise demand letter to Attorney Jackola. |
| 9/23/2020 | Cefalu, Amanda R. | 0.60 | $195.00 | Draft, review and revise Motion to Dismiss Sheriff Stuart and Notice of Motion. |
| 9/25/2020 | Boone, Nathan T. | 0.30 | $61.50 | Review cases provided by co-counsel I. Bratlie regarding appellate procedure |
| 9/25/2020 | Cefalu, Amanda R. | 1.00 | $325.00 | Review Notices of Appeal filed by Anoka County |
| 9/29/2020 | Cefalu, Amanda R. | 0.30 | $97.50 | Review Rules regarding Petition to Appeal and procedural problems with Anoka County's Petition. Telephone conference with Attorney Bratlie regarding same. |
| 10/1/2020 | Boone, Nathan T. | 0.30 | $61.50 | Review Bluebook rules for appellate filings; review Answer in Opposition to Defendant's Rule 5 Petition for Permission to Appeal |
| 10/2/2020 | Cefalu, Amanda R. | 0.50 | $162.50 | Review Response to Petition of Anoka COUnty to Eighth Circuit. |
| 10/5/2020 | Cefalu, Amanda R. | 0.50 | $162.50 | Review Answer to Anoka County's Petition for Consolidated Appeal to 8th Circuit Court of Appeals. |
| 10/8/2020 | Cefalu, Amanda R. | 2.00 | $650.00 | Draft, review and revise Confidential Settlement Letter to Magistrate Leung; review Third Amended Complaint and Order and Memorandum of Judge Tunheim. |
| 10/9/2020 | Cefalu, Amanda R. | 2.00 | $650.00 | Draft correspondence to Magistrate Judge in anticipation of Settlement Conference. |
| 10/9/2020 | Cefalu, Amanda R. | 0.40 | $130.00 | Review and revise letter to District Court regarding Motion to Stay Proceedings. Review Local Rule 7.1 |
| 10/13/2020 | Boone, Nathan T. | 0.30 | $61.50 | Review Motion to Stay Proceedings |
| 10/13/2020 | Cefalu, Amanda R. | 1.50 | $487.50 | Legal research and review Third Amended Complaint for potential to add claim for violation of the Sixth Amendment. |
| 10/13/2020 | Cefalu, Amanda R. | 1.00 | $325.00 | Prepare materials for settlement conference. |
| 10/14/2020 | Cefalu, Amanda R. | 0.20 | $65.00 | Review and revise Memorandum in Response to Motion to Stay. |
| 10/15/2020 | Cefalu, Amanda R. | 1.50 | $487.50 | Trial preparation and strategy session with co-counsel. Review witness list and planned motions in limine; discuss strategy for Settlement Conference and responding to Motion to Stay by A |
| 10/17/2020 | Cefalu, Amanda R. | 3.00 | $975.00 | Draft, review and revise Memorandum in Opposition to Motion to Stay Proceedings. Legal research regarding same. |
| 10/19/2020 | Cefalu, Amanda R. | 8.00 | $2,600.00 | Attend settlement conference before Magistrate Judge Tony Leung. |
| 10/19/2020 | Cefalu, Amanda R. | 0.70 | $227.50 | Review, revise and finalize Memorandum in Opposition to Motion to Stay Proceedings. |
| 10/19/2020 | Cefalu, Amanda R. | 0.50 | $162.50 | Exchange correspondence with Attorney A. Ferguson regarding upcoming trial. |
| 10/20/2020 | Cefalu, Amanda R. | 2.00 | $650.00 | Review Motion to Dismiss Appeal and revise same; review pretrial filings and motions, review deadlines; locate relevant Motions in Limine and circulate to group; mutliple phone calls regarc |
| 10/21/2020 | Cefalu, Amanda R. | 0.50 | $162.50 | Review Eighth Circuit Operating Procedures relative to motions and review final version of Motion to Dismiss Appeal. |
| 10/22/2020 | Cefalu, Amanda R. | 1.50 | $487.50 | Review Trial Order; draft Plaintiff's Witness List and review discovery exchanged by parties. Circulate Witness List to trial team and outline of trial tasks. |
| 10/22/2020 | Gauwitz, Jennifer S. | 3.40 | $595.00 | Draft Jury Instructions |
| 10/23/2020 | Boone, Nathan T. | 2.70 | $553.50 | Prepare Proposed Jury Instructions |
| 10/27/2020 | Cefalu, Amanda R. | 1.00 | $325.00 | Draft, review and revise Witness List. |
| 10/28/2020 | Cefalu, Amanda R. | 2.00 | $650.00 | Review and revise Proposed Jury Instructions. |
| 10/30/2020 | Cefalu, Amanda R. | 1.00 | $325.00 | Review ICE Report in anticipation of trial. Outline potential witnesses; finish exhibit list. |
| 10/30/2020 | Cefalu, Amanda R. | 0.50 | $162.50 | Review Order on Motion for Continuance from Judge Tunheim. |
| 11/5/2020 | Cefalu, Amanda R. | 0.50 | $162.50 | Review Order on Motion for Continuance. |
| 11/6/2020 | Cefalu, Amanda R. | 0.30 | $97.50 | Review Motion and Stipulation for Dismissal. |
| 11/11/2020 | Cefalu, Amanda R. | 2.00 | $650.00 | Review all issues for appeal and trial; review timing of when all pretrial filings due; review Jury Instructions. |
| 11/18/2020 | Cefalu, Amanda R. | 2.00 | $650.00 | Review ICE Referral Report. |
| 12/1/2020 | Cefalu, Amanda R. | 0.20 | $65.00 | Review ICE Report in anticipation of trial. |
| 12/10/2020 | Cefalu, Amanda R. | 0.20 | $65.00 | Review trial notice and draft correspondence to Attorney Ferguson. |
| 12/16/2020 | Cefalu, Amanda R. | 0.50 | $162.50 | Review Pretrial Order and confirmation of Trial Date; Review Motion for Extension on Appellate Briefing schedule. |
| 12/18/2020 | Cefalu, Amanda R. | 0.40 | $130.00 | Telephone conference with co-counsel regarding trial strategy and assignments. |
| 12/18/2020 | Cefalu, Amanda R. | 0.60 | $195.00 | Review and revise Witness List; review and revise Plaintiff's Proposed Voir Dire. |
| 12/28/2020 | Cefalu, Amanda R. | 4.00 | $1,300.00 | Draft, review and revise Plaintiff's Exhibit List; review all documents produced in case. |
| 12/28/2020 | Gauwitz, Jennifer S. | 0.60 | $105.00 | Update document production index pursuant to A. Cefalu's request |
| 12/29/2020 | Boone, Nathan T. | 1.20 | $246.00 | Review jury instruction citations for submission to Court in advance of trial. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 12/29/2020 | Cefalu, Amanda R. | 0.40 | $ 130.00 | Review and revise Proposed Voir Dire; review suggested revisions to Proposed Jury Instructions. |
| 12/29/2020 | Cefalu, Amanda R. | 4.00 | $ 1,300.00 | Draft, review and revise proposed Jury Instructions. Review Order on Motion for Summary Judgment. |
| 12/30/2020 | Cefalu, Amanda R. | 2.00 | $ 650.00 | Attend trial strategy meeting with Attorneys Bratlie and Baudry. Outline trial strategy. |
| 12/30/2020 | Cefalu, Amanda R. | 0.50 | $ 162.50 | Exchange emails with M. Parada to prepare for trial. |
| 1/3/2021 | Cefalu, Amanda R. | 0.50 | $ 170.00 | Draft special verdict form. Research same. |
| 1/5/2021 | Cefalu, Amanda R. | 1.50 | $ 510.00 | Draft, review and revise Jury Instructions. |
| 1/6/2021 | Cefalu, Amanda R. | 1.00 | $ 340.00 | Telephone conference with M. Parada to prepare for trial; outline same and circulate to trial team. |
| 1/6/2021 | Cefalu, Amanda R. | 2.00 | $ 680.00 | Draft, review and revise Plaintiff's Exhibit List. |
| 1/6/2021 | Cefalu, Amanda R. | 1.00 | $ 340.00 | Attend Pretrial Conference. |
| 1/7/2021 | Gauwitz, Jennifer S. | 1.00 | $ 190.00 | Confer with vendor to prepare exhibits for trial; organize trial materials in workspace |
| 1/7/2021 | Cefalu, Amanda R. | 2.00 | $ 680.00 | Review Exhibit List and organize Exhibits for marking with trial team. |
| 1/8/2021 | Gauwitz, Jennifer S. | 0.40 | $ 76.00 | Forward marked trial exhibits to trial team; confer with A. Cefalu regarding same |
| 1/11/2021 | Gauwitz, Jennifer S. | 2.00 | $ 380.00 | Confer with A. Cefalu; prepare trial exhibits and forward to opposing counsel and trial team |
| 1/11/2021 | Cefalu, Amanda R. | 2.50 | $ 850.00 | Review, revise and finalize Exhibit List. Finalize all Exhibit sand mark same. |
| 1/11/2021 | Cefalu, Amanda R. | 0.50 | $ 170.00 | Review Motions in Limine filed by Anoka County. |
| 1/11/2021 | Cefalu, Amanda R. | 1.00 | $ 340.00 | Review, revise and finalize Witness List and Proposed Voir Dire. |
| 1/11/2021 | Cefalu, Amanda R. | 1.00 | $ 340.00 | Review and revise Special Verdict Form and Proposed Jury Instructions. |
| 1/11/2021 | Cefalu, Amanda R. | 0.50 | $ 170.00 | Review and revise Statement of the Case. |
| 1/11/2021 | Cefalu, Amanda R. | 1.50 | $ 510.00 | Review deposition of Gabriel Flores and draft Deposition Designations. |
| 1/12/2021 | Gauwitz, Jennifer S. | 5.00 | $ 950.00 | Continue to prepare trial exhibits and forward to trial team and opposing counsel; draft subpoenas and cover letters; prepare materials to be printed for use by attorneys at trial |
| 1/12/2021 | Cefalu, Amanda R. | 2.50 | $ 850.00 | Review and finalize Trial Exhibit Books and Witness Exhiit Books for trial. Review nad revise Trial Notebook TOC. |
| 1/12/2021 | Cefalu, Amanda R. | 2.00 | $ 680.00 | Attend Zoom virtual meeting to prepare M. Parada for trial. |
| 1/13/2021 | Gauwitz, Jennifer S. | 1.00 | $ 190.00 | Confer with A. Cefalu regarding subpoenas and trial materials |
| 1/13/2021 | Cefalu, Amanda R. | 1.00 | $ 340.00 | Outline testimony of Myriam Parada for trial; review discovery responses of Anoka County in anticipation of cross examinations of relevant witnesses. |
| 1/13/2021 | Cefalu, Amanda R. | 2.00 | $ 680.00 | Review Defendants' Witness List; review deficiency letters exchanged regarding Rule 30(b)(6) topics with Andrew Jackola; legal research regarding sanctions for failure to list or identify witn |
| 1/13/2021 | Cefalu, Amanda R. | 1.00 | $ 340.00 | Review and revise trial subpoenas to D. Lemke, G. Flores and Aaron Ferguson and correspondence serving same. |
| 1/14/2021 | Cefalu, Amanda R. | 4.00 | $ 1,360.00 | Trial preparation. |
| 1/14/2021 | Cefalu, Amanda R. | 1.00 | $ 340.00 | Telephone conferences with trial team on multiple issues. |
| 1/15/2021 | Cefalu, Amanda R. | 4.00 | $ 1,360.00 | Trial preparation. |
| 1/15/2021 | Cefalu, Amanda R. | 1.50 | $ 510.00 | Review all discovery pleadings exchanged with Anoka County and Anoka County Sheriff James Stuart for trial preparation. |
| 1/16/2021 | Cefalu, Amanda R. | 2.00 | $ 680.00 | Review and revise Memorandum in Opposition to Defendant's Motion in Limine to Exclude Removal Proceedings. |
| 1/16/2021 | Cefalu, Amanda R. | 2.00 | $ 680.00 | Review and outline Myriam Parada testimony in deposition and highlight same for client review prior to trial. |
| 1/17/2021 | Cefalu, Amanda R. | 3.00 | $ 1,020.00 | Outline direct examination of Myriam Parada for trial. |
| 1/17/2021 | Cefalu, Amanda R. | 1.00 | $ 340.00 | Review deposition of D. Lemke. |
| 1/18/2021 | Cefalu, Amanda R. | 2.00 | $ 680.00 | Draft, review and revise Memorandum in Opposition to Motion in LImine to Exclude Ferguson testimony. Legal research regarding prejudicial evidence. |
| 1/18/2021 | Cefalu, Amanda R. | 1.00 | $ 340.00 | Trial preparation. |
| 1/19/2021 | Gauwitz, Jennifer S. | 0.40 | $ 76.00 | Prepare exhibits to A. Cefalu's declaration |
| 1/19/2021 | Cefalu, Amanda R. | 3.00 | $ 1,020.00 | Attend Zoom meeting to prepare for Myriam Parada direct examination. |
| 1/19/2021 | Cefalu, Amanda R. | 0.50 | $ 170.00 | Review testimony of Sheila Larson in deposition and provide outline to trial team. |
| 1/19/2021 | Cefalu, Amanda R. | 1.50 | $ 510.00 | Trial preparation (review proximate causation briefing issue, review Defendant's Exhibits and draft correspondence to opposing counsel). |
| 1/19/2021 | Cefalu, Amanda R. | 2.00 | $ 680.00 | Revise and finalize Memorandum of Law in Opposition to Defendant's Motion in Limine and supporting declarations. |
| 1/20/2021 | Gauwitz, Jennifer S. | 0.50 | $ 95.00 | Prepare additional trial exhibits |
| 1/20/2021 | Cefalu, Amanda R. | 1.60 | $ 544.00 | Trial preparation (review status of subpoenas and exchange of Exhibits, update Amended Exhibit List and circulate revised Exhibit 31, discussion regarding virtual trial procedures; forward in |
| 1/20/2021 | Cefalu, Amanda R. | 1.00 | $ 340.00 | Trial preparation. |
| 1/21/2021 | Cefalu, Amanda R. | 0.50 | $ 170.00 | Revise Flores subpoena and letter serving same. |
| 1/21/2021 | Cefalu, Amanda R. | 4.00 | $ 1,360.00 | Trial preparation |
| 1/21/2021 | Cefalu, Amanda R. | 2.00 | $ 680.00 | Review deposition of D. Lemke and outline his cross examination/adverse direct examination; organize exhibits for same. |
| 1/21/2021 | Cefalu, Amanda R. | 0.30 | $ 102.00 | Review and revise Exhibit 31. |
| 1/21/2021 | Cefalu, Amanda R. | 2.00 | $ 680.00 | Attend Trial Rehearsal from District Court. |
| 1/22/2021 | Gauwitz, Jennifer S. | 2.10 | $ 399.00 | Confer with A. Cefalu; mark additional exhibits for trial; forward trial exhibits to Jill Woitas; mark Flores deposition testimony in preparation of trial |
| 1/22/2021 | Cefalu, Amanda R. | 1.50 | $ 510.00 | Prepare for trial with M. Parada. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 1/22/2021 | Cefalu, Amanda R. | 0.50 | $170.00 | Review and revise Exhibit 31. |
| 1/22/2021 | Cefalu, Amanda R. | 2.00 | $680.00 | Review deposition transcripts of R. Johnson, B. Hermanson and D. Pacholl, provide notes regarding trial preparation and documents. |
| 1/22/2021 | Cefalu, Amanda R. | 1.00 | $340.00 | Attend pretrial conference regarding motions in limine with Judge Tunheim. |
| 1/22/2021 | Cefalu, Amanda R. | 1.00 | $340.00 | Review preliminary instructions; confer with trial team regarding objections to same. |
| 1/24/2021 | Cefalu, Amanda R. | 1.50 | $510.00 | Trial team Zoom to review Opening. |
| 1/24/2021 | Cefalu, Amanda R. | 1.00 | $340.00 | Organize and upload Exhibits for Trial. |
| 1/24/2021 | Cefalu, Amanda R. | 0.50 | $170.00 | Draft direct examination of G. Flores. |
| 1/24/2021 | Cefalu, Amanda R. | 1.00 | $340.00 | Telephone conference with G. Flores. Telephone conferences with M. Parada. |
| 1/24/2021 | Cefalu, Amanda R. | 0.50 | $170.00 | Update Exhibits and organize same for electronic use at trial. |
| 1/24/2021 | Cefalu, Amanda R. | 0.50 | $170.00 | Draft, review and revise Second Amended Exhibit List and correspondence sending copies to Judge. Circulate to trial counsel and opposing counsel with Exhiit 37. |
| 1/25/2021 | Cefalu, Amanda R. | 7.00 | $2,380.00 | Attend trial before Judge Tunheim. |
| 1/25/2021 | Cefalu, Amanda R. | 0.60 | $204.00 | Attend informal meeting on Final Jury Instructions; review proposed instructions. |
| 1/25/2021 | Gauwitz, Jennifer S. | 0.20 | $38.00 | Prepare additional trial exhibit |
| 1/26/2021 | Cefalu, Amanda R. | 7.00 | $2,380.00 | Attend trial before US District Court. |
| 1/26/2021 | Cefalu, Amanda R. | 0.50 | $170.00 | Review revisions to Jury Instructions. |
| 1/26/2021 | Cefalu, Amanda R. | 0.50 | $170.00 | Draft outline of cross examination for B. Hermanson. |
| 1/26/2021 | Cefalu, Amanda R. | 0.50 | $170.00 | Outline additional items for cross examination of D. Lemke. |
| 1/26/2021 | Cefalu, Amanda R. | 1.00 | $340.00 | Prepare cross examination of D. Lemke. |
| 1/27/2021 | Cefalu, Amanda R. | 7.00 | $2,380.00 | Attend trial before Judge J. Tunheim. |
| 1/27/2021 | Cefalu, Amanda R. | 2.80 | $952.00 | Legal research regarding Defendant's Motion for Judgment as a Matter of Law. Draft Memorandum in Opposition to Motion. |
| 1/28/2021 | Cefalu, Amanda R. | 1.00 | $340.00 | Prepare for and attend motion hearing on Defendant's Motion for Judgment as a Matter of Law (Rule 50). |
| 1/28/2021 | Cefalu, Amanda R. | 2.50 | $850.00 | Attend trial (closing arguments and jury instruction). |
| 1/28/2021 | Cefalu, Amanda R. | 0.20 | $68.00 | Attend call with Court on jury question. |
| 1/29/2021 | Cefalu, Amanda R. | 0.50 | $170.00 | Review verdict form and deadlines for filing fee claim. |
| | | 389.80 | $119,407.50 | |